IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HOLBROOK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al. | : | NO. 10-2563 |

<u>AMENDED SCHEDULING ORDER</u>

AND NOW, this 17th day of February, 2012, having granted leave to file an
Amended Complaint, the court issues the following Amended Scheduling Order to govern all
further proceedings in this case:

1.      All fact discovery shall be completed by **May 8, 2012**.

2.      A settlement conference is scheduled before the undersigned on **May 22,
2012 at 10:00 a.m.**

3.      Pretrial Memoranda shall be prepared in accordance with Local Rule of
Civil Procedure 16.1(c) and they shall be electronically filed on or before **June 8, 2012**.

4.      Motions in limine, proposed jury instructions, proposed verdict form, and
proposed voir dire shall be electronically filed on or before **September 4, 2012**.

5.      All trial exhibits shall be marked and exchanged on or before **September
10, 2012**.

**6**.      Jury selection and testimony shall commence on **September 18, 2012 at
9:30 a.m.**, in Courtroom 3-C, Third Floor, United States Courthouse, 601 Market Street,
Philadelphia, Pennsylvania.[1]

---

[1]      The parties may contact Edward Morrissy at 267-299-7044 for a brief
training session on the use of the electronic equipment.

7.      Because of the availability of the videotape recording equipment in the Federal Courthouse at minimal cost to counsel, requests for a continuance due to the absence of a medical or expert witness will not be favorably received by the court.

**Failure to comply with the dates set forth above shall not be grounds for a continuance of the trial and such failure can result in the imposition of such sanctions as the court deems appropriate.**

BY THE COURT:


_/s/ Thomas  J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge

2